**Order entered April 28, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01258-CV

**RENATE NIXDORF GMBH & CO. KG, ET AL., Appellants**

**V.**

**MIDLAND INVESTORS, LLC, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-10153**

## ORDER

We **GRANT** appellants' April 27, 2015 motion for an extension of time to file a reply brief. Appellants shall file a reply brief by **MAY 11, 2015**.

/s/      ELIZABETH LANG-MIERS
JUSTICE